MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3697
   Fax: (510) 637-3724
   E-Mail: Brigid.Martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-0257 YGR |
| v. | STIPULATED REQUEST TO RESET HEARING FOR CHANGE OF PLEA FOR JUNE 27, 2013, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT **AND ORDER** |
| STEVEN ROY SMITH, | |
| Defendant. | |

The parties request that the Court vacate the status hearing currently set for May 16, 2013, and reset this matter for change of plea on June 27, 2013, at 2:00 p.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and June 27, 2013.

The parties anticipate submission to the Court of a Plea Agreement under Rule 11(c)(1)(B) of the Federal Rules of Criminal Procedure, and will submit the finalized agreement to the Court at least a week prior to June 27, 2013, for the Court's review. Once the agreement has been submitted to the Court, the parties further stipulate and agree that the time between the date of the submission and June 27, 2013, should be excluded under the Speedy Trial Act,

STIP. REQUEST TO RESET HEARING
CR 13-0257 YGR

specifically, pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

Respectfully submitted,

Date: May 14, 2013                         /s/ Brigid S. Martin
                                           Brigid S. Martin
                                           Assistant United States Attorney

Date: May 14, 2013                         /s/ David Shapiro
                                           David Shapiro
                                           Counsel for Steven Roy Smith

STIP. REQUEST TO RESET HEARING
CR 13-0257 YGR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-0257 YGR |
| v. | ORDER GRANTING STIPULATED REQUEST TO RESET HEARING FOR CHANGE OF PLEA ON JUNE 27, 2013, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| STEVEN ROY SMITH, | |
| Defendant. | |

The parties jointly requested that this matter be set for change of plea on June 27, 2013, at 2:00 p.m. The parties further requested that time be excluded under the Speedy Trial Act between the date the anticipated plea agreement is submitted to the Court and June 27, 2013, to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government. Good cause appearing therefor, and pursuant to 18 U.S.C.

§ 3161(h)(1)(G),

**IT IS HEREBY ORDERED** that the status appearance set for May 16, 2013 is **VACATED** and this case is **RESET** for change of plea on June 27, 2013, at 2:00 p.m., and that

STIP. REQUEST TO RESET HEARING
CR 13-0257 YGR

time between the date the Plea Agreement is submitted to the Court and June 27, 2013, shall be excluded under the Speedy Trial Act, specifically, pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED: May 15, 2013

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

STIP. REQUEST TO RESET HEARING
CR 13-0257 YGR